

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

| | | |
|---|---|---|
| KASSANDRA MEAD, | § | No. 08-11-00184-CV |
| Appellant, | § | Appeal from |
| v. | § | 394th District Court |
| PROPERTY OWNERS' ASSOCIATION OF TERLINGUA RANCH, INC., FRED PORTER, SARA STATON, AND ALIDA LORIO RICH, | § | of Brewster County, Texas |
| | § | (TC#2010-12-B0081-CV) |
| | § | |
| Appellees. | | |

## J U D G M E N T

The Court has considered this cause on the record and concludes there was no error in the judgment. We therefore affirm the judgment of the court below. We further order that Appellees recover from Appellant and her sureties, if any, *see* TEX. R. APP. P. 43.5, on the judgment and all costs, both in this Court and the court below for which let execution issue. This decision shall be certified below for observance.

IT IS SO ORDERED THIS 7TH DAY OF AUGUST, 2013.

GUADALUPE RIVERA, Justice

Before McClure, C.J., Rivera, and Antcliff, JJ.
Antcliff, J., not participating